UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAKARA L. CHEAIRS,<br><br>    Defendant. | Case No. 2:24-cr-00182-JAD-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 30, 2024 at 10:00 a.m., be vacated and continued to January 13, 2025 at the hour of 11:00 a.m.

    DATED this 27th day of December 2024.

_____
UNITED STATES DISTRICT JUDGE

3