UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAKARA L. CHEAIRS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00182-JAD-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, March 17, 2025, at 11:00 a.m., be vacated and continued to Tuesday, February 25, 2025, at the hour of 11:00 a.m.

　　DATED this 18th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE